Roman Otkupman, CSBN 249423
*Roman@OLFLA.com*
Rita Leong, CSBN 300058
*Rita@OLFLA.com*
OTKUPMAN LAW FIRM, A LAW CORPORATION
5950 Canoga Ave., Suite 550
Woodland Hills, CA 91367
Telephone: (818) 293-5623
Facsimile (888) 850-1310

Attorneys for Plaintiff,
LORI STOVER-DAVIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI STOVER-DAVIS,<br><br>Plaintiff,<br><br>vs.<br><br>AETNA LIFE INSURANCE COMPANY, A CALIFORNIA CORPORATION, AND DOES 1 THROUGH 100, INCLUSIVE,<br><br>Defendants. | Case No. 1:15-cv-01938-BAM<br><br>Assigned to Hon. Barbara A. McAuliffe<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE INITIAL SCHEDULING CONFERENCE**<br><br>Complaint filed: November 19, 2015<br>Trial Date: Not Set<br><br>Initial Scheduling Conference: April 6, 2016 |

## **STIPULATION**

Subject to approval by this Court, Plaintiff Lori Stover-Davis ("Plaintiff") and Defendant Aetna Life Insurance Company ("Defendant") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate to the following:

1. On December 30, 2015, the Court issued a minute order (Dkt. 2) setting a Status Conference re Consent/ Initial Scheduling Conference of April 6, 2016 at 8:30 a.m.

2. On March 15, 2016, Defendant filed a Motion to Compel Arbitration and the motion hearing is set for April 22, 2016 at 9:00 a.m. in Courtroom 8.

3. The Parties therefore stipulate that there is good cause to continue the Initial Scheduling Conference to a date after April 22, 2016.

5. The Parties respectfully request that the Court continue the Initial Scheduling Conference as follows:

Initial Scheduling Conference to a date after April 22, 2016

6. These modified deadlines have no impact on any other dates set forth in the December 30, 2015 minute order.

Dated:  March 17, 2016          OTKUPMAN LAW FIRM, A LAW CORPORATION

                                By          */s/ Rita Leong*
                                        ROMAN OTKUPMAN
                                        RITA LEONG

                                        Attorneys for Plaintiff,
                                        LORI STOVER-DAVIS

Dated: March 17, 2016

         JACKSON LEWIS P.C.

        By   */s/ Suzanna Yeghiazarians*
             TYLER A. BROWN
            SUZANNA KRKEYAN YEGHIAZARIANS

            Attorneys for Defendant,
           AETNA LIFE INSURANCE COMPANY

## **SIGNATURE ATTESTATION**

  As the attorney e-filing this document, I hereby attest that opposing counsel (Jackson Lewis P.C.) has concurred in this filing.

Dated: March 17, 2016

        OTKUPMAN LAW FIRM, A LAW CORPORATION

        By   */s/ Rita Leong*
             ROMAN OTKUPMAN
             RITA LEONG

            Attorneys for Plaintiff,
            LORI STOVER-DAVIS

**ORDER**

Good cause appearing therefore, and pursuant to the Parties' stipulation, **IT IS ORDERED THAT** the dates in the December 30, 2015 minute order (Dkt. No. 2) be modified as follows:

Initial Scheduling Conference of April 6, 2016 at 8:30 AM before Judge McAuliffe is continued to May 12, 2016 at 9:00 AM before Judge McAuliffe in Courtroom 8.

IT IS SO ORDERED.

Dated:  **March 17, 2016**                    /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE